323 So.2d 391

**In re Fred CAIN**

v.

**STATE.**

**Ex parte Fred Cain.**

**SC 1562.**

Supreme Court of Alabama.

Dec. 4, 1975.

Hubert L. Taylor and Rowan S. Bone, Gadsden, for petitioner.

William J. Baxley, Atty. Gen., and Kermit M. Downs, Asst. Atty. Gen., for the State.

MERRILL, Justice.

Petition of Fred Cain for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Cain v. State*, 56 Ala.App. 505, 323 So.2d 390.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

■

325 So.2d 516

**In re Cleveland CANADA**

v.

**STATE of Alabama.**

**Ex parte Cleveland Canada.**

**SC 1501.**

Supreme Court of Alabama.

Jan. 22, 1976.

Guy F. Gunter, III, Opelika, for petitioner.

William J. Baxley, Atty. Gen., and Carol Jean Smith, Asst. Atty. Gen., for the State, opposed.

HEFLIN, Chief Justice.

Petition of Cleveland Canada for Writ of Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that court in *Canada v. State*, 56 Ala.App. 722, 325 So.2d 513 is denied. In denying this writ this court does not wish to be understood as approving or disapproving all that was said in the opinion by the Court of Criminal Appeals.

Writ Denied.

MERRILL, MADDOX, JONES and SHORES, JJ., concur.